UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| KATHY WILLIAMS, | ) | |
|---|---|---|
| Petitioner, | ) | 7:17-cv-00014-GFVT-CJS |
| V. | ) | |
| | ) | **JUDGMENT** |
| JANET CONOVER, WARDEN, | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Court being otherwise sufficiently advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of the Respondent;

2. A Certificate of Appealability is **DENIED** as to all issues raised by Petitioner; and

3. All issues having been resolved, this case is **STRICKEN** from the active docket.

This the 18th day of March, 2019.

Gregory F. Van Tatenhove
United States District Judge